UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17cr 80 (VLB) |
| v. | : | |
| | : | Violation: |
| ROBERT ABEL | : | 18 U.S.C. § 2113(a) (Bank Robbery) |

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about February 17, 2017, the defendant, ROBERT ABEL, by force, violence, and intimidation did take from the person and presence of another approximately $1,517, in money belonging to and in the care, custody, control, management and possession of Webster Bank, 450 Barnum Avenue Cutoff, Stratford, Connecticut, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY

FILED 2017 APR 19 PM 3 40
U.S. DISTRICT COURT
NEW HAVEN, CT.