UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17CR0080 (VLB) |
| v. | : | |
| ROBERT ABEL | : | September 1, 2017 |

MOTION TO CONTINUE JURY SELECTION
AND DEADLINE FOR SUBSTANTIVE MOTIONS

The defendant, Robert Abel, hereby moves to continue jury selection for 30 days, from October 3, 2017 to on or about November 3, 2017. The defendant also moves to continue the deadline for the filing of substantive motions in accordance with this request. In support of this motion the defendant states:

1. By a one-count indictment filed April 19, 2017, he is charged with bank robbery in violation of 18 U.S.C. § 2113 (a).

2. He was arraigned on May 10, 2017 and entered a not guilty plea.

3. He has made one prior Motion to Continue that was granted which set the jury selection date as October 3, 2017.

4. Mr. Abel seeks this continuance in order to resolve with the Government issues related to potential out of state charges that may impact efforts at negotiating a plea resolution to this matter.

5. This is Mr. Abel's second motion to continue jury selection.

6. Undersigned counsel expects Mr. Abel to execute a speedy trial waiver on September 5, 2017 and she will file the waiver once she obtains it.

7. Assistant United States Attorney Douglas Morabito has no objection to this motion.

1

Respectfully submitted,

THE DEFENDANT
Robert Abel

/s/ Moira L. Buckley
Moira L. Buckley
Assistant Federal Defender
10 Columbus Boulevard, 6th Fl.
Hartford, CT 06106-1976
Phone: (860) 493-6260
Bar no.: ct18803
Email: moira_buckley@fd.org


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Moira L. Buckley
Moira L. Buckley