# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

ROBERT ABEL

: CRIMINAL NO. 3:17-CR-00080 (VLB)
:
:
: SEPTEMBER 5, 2017

## WAIVER OF SPEEDY TRIAL RIGHTS

The defendant, Robert Abel, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. 3161(h)(8)(A).

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the court find that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, and the court will exclude the period of delay from October 3, 2017 until November 3, 2017.

_____
Robert Abel

Date: 9 / 5 / 17

_____
Moira L. Buckley

Date: 9 / 5 / 17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2017, a copy of the foregoing Waiver of Speedy Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Moira L. Buckley