# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17CR0080 (VLB) |
| v. | : | |
| ROBERT ABEL | : | October 6, 2017 |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

The defendant, Robert Abel, hereby moves to continue the change of plea hearing, currently scheduled for October 10, 2017, at 10:00 a.m. Mr. Abel's counsel, Assistant Federal Defender Buckley, is unable to represent Mr. Abel at that time. Given the significance of a change of plea in any federal criminal case, and the longstanding attorney/client relationship that Mr. Abel has with Assistant Buckley, that hearing should be postponed until a date and time when Mr. Abel can appear with Assistant Buckley as his counsel. At this point, a continuance of three weeks may suffice, and counsel will be in contact with the Court regarding a specific date and time.

Counsel for the Government has no objection to this motion.

Respectfully submitted,

THE DEFENDANT
Robert Abel

**/s/Charle F. Willson/s/**
**Charles F. Willson**
**Assistant Federal Defender**
**10 Columbus Boulevard, 6th Fl.**
**Hartford, CT 06106-1976**
**Phone: (860) 493-6260**
**Bar no.: ct24129**
**Email: charles_willson@fd.org**

1

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on October 6, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          **/s/Charle F. Willson/s/**
          **Charles F. Willson**